UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. CR-00-CO-0383-S |
| | ) | |
| GENNIE DARRYL KING | ) | |

**O R D E R**

On October 1, 2004, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the defendant or the Government.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the Motion to Correct Illegal Sentence Under Rule 35(a) and (b) and Related Provisions of Law [Doc. #78] is due to be and the same hereby is DENIED.

Done this  16th  day of February 2005.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE